UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60125-CR-LENARD/KLEIN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

DAVID ABELLARD,

     Defendant.  /



## NOTICE OF HEARING

THIS CAUSE comes before the Court upon Defendant's Motion to Compel Disclosure of Favorable Evidence and Other Relevant Discovery Material (D.E. 136), filed on June 21, 2005.[1] It is hereby

NOTICED that the Hearing on Defendant's Motion to Compel Disclosure of Favorable Evidence and Other Relevant Discovery Material is set for Friday, July 1, 2005 before United States Magistrate Judge Theodore Klein, immediately after the Magistrate Afternoon Duty Calendar.

DONE on this 29th day of June, 2005.

CLARENCE MADDOX
CLERK OF COURT

Maedon Clark
Deputy Clerk

Copies provided to:
District Judge Lenard
Allan Kaiser, Esq.
Terrence Thompson, AUSA

---

[1]This matter was referred to the undersigned by District Judge Lenard. (D.E. No. 137)