UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-60125-CR-LENARD-KLEIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID ABELLARD,

    Defendant.
_____/



## UNOPPOSED ORDER GRANTING DEFENDANT DAVID ABELLARD'S MOTION TO COMPEL DISCLOSURE OF FAVORABLE EVIDENCE AND OTHER RELEVANT DISCOVERY MATERIAL

THIS CAUSE came before the Court for a hearing on July 1, 2005, on Defendant David Abellard's Motion to Compel Disclosure of Favorable Evidence and Other Relevant Discovery Material (**D.E. No. 136**); the government's Response thereto (**D.E. No. 140**); and Defendant's Reply thereto (**D.E. No. 143**).[1] Defendant requested production of certain documents which counsel for the government agreed at the hearing to produce. The Court has carefully reviewed the case file, considered the arguments of counsel, and is otherwise fully advised in the premises. The undersigned's oral rulings made at today's hearing are reaffirmed and incorporated herein. It is hereby

**ORDERED AND ADJUDGED** that Defendant David Abellard's Motion to Compel Disclosure of Favorable Evidence and Other Relevant Discovery Material (**D.E. No. 136**) is

---

[1] This matter was referred to the undersigned by Judge Lenard on June 27, 2005. (D.E. No. 137).



**GRANTED** as follows:

1) On or before **5:00 p.m. on Wednesday, July 6, 2005**, the government shall produce, by hand-delivery to defense counsel, all tapes and transcripts of conversations between Andrew Hnatyszak and an FBI confidential informant in Hnatyszak's criminal case, United States v. Hnatyszak, Case No. 01-6303-CR-Lenard, between the time period of January 2001 through November 2001. If the tapes and transcripts no longer exist, counsel for the government shall file a statement to that effect, and immediately provide a copy of that statement to defense counsel as well as to the undersigned's chambers, by 5:00 p.m. on July, 6, 2005.

2) On or before **5:00 p.m. on Wednesday, July 6, 2005**, the government shall produce, by hand-delivery to defense counsel, all audio and video tapes and transcripts of conversations between Matthew Spector, a co-defendant in the present case, and Andrew Hnatyszak.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of July, 2005.

THEODORE KLEIN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
District Judge Joan A. Lenard
All Counsel of Record