ILED by _____ D.C.
APPEALS

JUL 2 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2                   MIAMI DIVISION
               CASE NO. 03-60125-CR-JAL
 3

 4   UNITED STATES OF AMERICA,       MIAMI, FLORIDA

 5             Plaintiff,            JULY 15 AND 18, 2005

 6        vs.

 7   DAVID ABELLARD

 8          Defendant.

 9   ------------------------------------------------------

10

11                   EXCERPTS OF TRIAL
            BEFORE THE HONORABLE JOAN A. LENARD,
12             UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15   FOR THE GOVERNMENT:   TERRENCE THOMAS, ESQ.
                           Assistant United States Attorney
16                         500 East Broward Boulevard
                           Seventh Floor
17                         Ft. Lauderdale, Florida 33301

18   FOR THE DEFENDANT:    ALLAN B. KAISER, ESQ.
                           DIAZ & KAISER, LLC
19                         100 Southeast Second Street
                           Suite 2600
20                         Miami, Florida 33131

21
     REPORTED BY:          LISA EDWARDS, CRR, RMR
22                         Official Court Reporter
                           301 North Miami Avenue
23                         Seventh Floor
                           Miami, Florida 33128
24                         (305) 523-5499

25
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 03-60125-CR-JAL
# DE#173

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☒ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____

# PLEASE REFER TO COURT FILE